# Court of Appeals
# of the State of Georgia

ATLANTA,  May 01, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1699.   GOWEN OIL COMPANY INC. ET AL. v. EDGEFIELD HOLDING, LLC.**

Gowen Oil Company Inc., et al., filed this direct appeal from the superior court's order in a garnishment action. Appeals in cases involving garnishment, however, must be initiated by an application for discretionary appeal filed with this Court.  OCGA § 5-6-35 (a) (4) and (b); *Maloy v. Ewing*, 226 Ga. App. 490, 491 (486 SE2d 708) (1997). Because the appellants failed to follow the required procedure, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,  05/01/2020*
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*